UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLIE E. RODGERS, etc.,

        Plaintiff,

v.                                             Case No. 3:05-cv-853-J-20MMH

CHARLIE MCCLENDON,
etc.; et al.,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate incarcerated at the Duval County Pretrial Detention Facility who is proceeding *pro se*, initiated this cause of action by filing a pleading entitled, "Legal Action for Administration of the Will of God Based Upon Death of Jesus (the Word of God)" (Doc. #1) on September 9, 2005. On September 15, 2005, Plaintiff filed a Motion to Voluntarily Dismiss (Doc. #3). Accordingly, pursuant to Fed. R. Civ. P. 41 (a), this action will be dismissed without prejudice.

Therefore, it is now

**ADJUDGED:**

1. This case is hereby **DISMISSED without prejudice.**

2. The Clerk of the Court shall enter judgment dismissing this action without prejudice.

3. The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___19th___ day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

ps 9/19
c:
Charlie E. Rodgers

- 2 -